**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JUSTIN BULLOCK, Individually and as the
representative of a class of similarly situated persons,

                             Case No.   1:25-cv-2536-KPF

          Plaintiff,

        - against -

PERNOD RICARD USA, LLC,

         Defendant.
-------------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

    Justin Bullock, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs

or attorneys' fees, of the above-referenced matter against Pernod Ricard USA, LLC.

Dated: Scarsdale, New York
       June 16, 2025

                      SHAKED LAW GOUP, P.C.
                      Attorneys for Plaintiff

                      By:_____
                      Dan Shaked, Esq.
                      14 Harwood Court, Suite 415
                      Scarsdale, NY 10583
                      Tel. (917) 373-9128
                      e-mail: ShakedLawGroup@Gmail.com